# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                    Criminal No. 11-87 (1)-(12) (RHK/JJK)

                Plaintiff,                    **ORDER**

v.

Julian Okeayainneh (1),
Oladipo Sowunmi Coker (2),
Charles Amankwah Akuffo (3),
Nana Osei-Tutu (4),
Fawsiyo Hassan Farah (5),
Fata Leeta Sarnor David (6),
Adetokunbo Olubunmi Adejumo (7),
Jude Obira Okafor (8),
Olugbenga Temidago Adeniran (9),
Jonathan Sie Earley (10),
Charles Tubman Dwamina (11),
Sundayga Dexter Roberts (12),

                Defendants.

---

      This matter is before the Court on the Government's Motion to Seal Document and Order (Doc. No. 50).  Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.  Accordingly, **IT IS ORDERED** that the Government's Motion to Seal Document is **GRANTED**.

Dated: March 11, 2011

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge